IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-00531-FDW
(3:11-cr-00042-FDW-1)

| | | |
|---|---|---|
| ROBERT HIKEEN SEIGLE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Petitioner's motion for an update on the status of his § 2255 motion. The Court entered an Order on May 13, 2015, granting in part and denying in part Petitioner's § 2255 motion; therefore his present motion will be dismissed as moot.

**IT IS, THEREFORE, ORDERED** that Petitioner's motion for status is **DISMISSED as moot**. (Doc. No. 8)

**IT IS SO ORDERED.**

Signed: May 26, 2015

Frank D. Whitney
Chief United States District Judge